No. 28. HINKLE, ADMINISTRATRIX, ET AL. *v.* NEW ENGLAND MUTUAL LIFE INSURANCE COMPANY OF BOSTON, MASSACHUSETTS, *ante,* p. 65;

No. 334. SCIENTIFIC LIVING, INC., *v.* FEDERAL TRADE COMMISSION, *ante,* p. 867;

No. 407. SULENTICH *v.* INTERLAKE STEAMSHIP CO., *ante,* p. 885;

No. 415. GASTON ET AL. *v.* UNITED STATES, *ante,* p. 898;

No. 434. UNIVERSAL TRADES, INC., *v.* PENNSYLVANIA, *ante,* p. 129;

No. 227, Misc. FISHER *v.* UNITED STATES, *ante,* p. 895;

No. 230, Misc. BIZZELL *v.* BIZZELL, *ante,* p. 888;

No. 248, Misc. LIVESAY *v.* TEXAS, *ante,* p. 888; and

No. 294, Misc. MORALES ET AL. *v.* UNITED STATES, *ante,* p. 900. Petitions for rehearing denied.

No. 143. SPECTOR *v.* PETE ET AL., *ante,* p. 822. Motion of Lorene Welmas McGlamary for leave to file brief and amended brief, as *amicus curiae,* in support of petition for rehearing granted. Petition for rehearing denied. MR. JUSTICE STEWART took no part in the consideration or decision of this motion and application.

No. 760, Misc., October Term, 1957. SCHUMACHER *v.* GAYNOR, EXECUTOR, ET AL., 357 U. S. 941. Motion for leave to file petition for rehearing denied. MR. JUSTICE STEWART took no part in the consideration or decision of this motion.

No. 816, October Term, 1957. NEW YORKER MAGAZINE, INC., *v.* GEROSA, COMPTROLLER OF THE CITY OF NEW YORK, ET AL., 356 U. S. 339. Motion for leave to file a second petition for rehearing denied. MR. JUSTICE STEWART took no part in the consideration or decision of this motion.